**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**KA03-1605**


**STATE OF LOUISIANA**

**VERSUS**

**JAMES GLEASON**


************

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT,
PARISH OF SABINE, NO. 54528,
HONORABLE STEPHEN B. BEASLEY, DISTRICT JUDGE

************

**JIMMIE C. PETERS**
**JUDGE**

************

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Billy H. Ezell, Judges.

**AFFIRMED.**


**Don M. Burkett, D.A.**
**Ronald D. Brandon, A.D.A.**
**Post Office Box 1557**
**Many, LA 71449**
**(318) 256-6246**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
     **State of Louisiana**

**Paula C. Marx**
**LA Appellate Attorney**
**Post Office Box 80006**
**Lafayette, LA 70598**
**(337) 991-9757**
**COUNSEL FOR DEFENDANT/APPELLANT:**
     **James Gleason**